FILED
2016 Nov-15  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JO MOSHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 7:16-cv-1614-TMP |
| | ) | |
| CREDIT CONTROL SERVICES | ) | |
| INC., d/b/a CREDIT COLLECTION | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The plaintiff on November 15, 2016, pursuant to Federal Rule of Civil Procedure 41(a)(1), filed a motion for voluntary dismissal of all claims against the defendant. (Doc. 8). Accordingly, and although a court order is not necessary to effectuate the dismissal, the court hereby GRANTS the motion and DISMISSES plaintiff's claims WITHOUT PREJUDICE.

DATED this 15th day of November, 2016.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE